UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20531-KMW

**VICTOR ARIZA**,

Plaintiff,

vs.

**BURGERFI INTERNATIONAL, LLC**,

Defendant.
_______________________________________/

# JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, through their respective undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide them thirty (30) days from the date of filing this Notice to finalize their settlement agreement and to submit the dismissal document dismissing this case with prejudice.

Dated: March 22, 2024.

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 North Hiatus Road
Sunrise, FL 33351-7919
T. 954/362-3800
954/362-3779 (Facsimile)
Email: rhannah@rhannahlaw.com

By *s/ Roderick V. Hannah*
RODERICK V. HANNAH
Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email duranandassociates@gmail.com

By *s/ Pelayo M. Duran*
PELAYO M. DURAN
Fla. Bar No. 0146595

**FORD & HARRISON LLP**
Counsel for Defendant
1 SE Third Avenue, Suite 2130
Miami, FL 33131
(305) 808-2143
erodriguez@fordharrison.com

By ___*s/ Elizabeth M. Rodriguez*__________
ELIZABETH M. RODRIGUEZ
Fla. Bar No. 821690