UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20531-KMW

**VICTOR ARIZA**,

Plaintiff,

vs.

**BURGERFI INTERNATIONAL, LLC**,

Defendant.
_______________________________________/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff VICTOR ARIZA, through undersigned counsel, and Defendant BURGERFI INTERNATIONAL, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated: April 23, 2024.

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 N. Hiatus Road
Sunrise, FL 33351
T. 954/362-3800
954/362-3779 (Facsimile)
Email: rhannah@rhannahlaw.com

By *s/ Roderick V. Hannah*
RODERICK V. HANNAH
Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: pduran@pelayoduran.com

By *s/ Pelayo M. Duran*
PELAYO M. DURAN
Fla. Bar No. 0146595

**FORD & HARRISON LLP**
Counsel for Defendant
1 SE Third Avenue, Suite 2130
Miami, FL 33131
(305) 808-2143
erodriguez@fordharrison.com

By ___*s/ Elizabeth M. Rodriguez*__________
ELIZABETH M. RODRIGUEZ
Fla. Bar No. 821690